ten dollars costs. Present — Dowling, P. J., Merrell, Martin, O'Malley and Sherman, JJ.

VINCENT CULLEN v. PIERRE DE SAINT-PHALLE and Others.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Martin, O'Malley and Sherman, JJ.

SAMUEL R. CORBITT v. TRANSPORTATION SHARES, INC., and Another.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Martin, O'Malley and Sherman, JJ.

In the Matter of the Judicial Settlement of the Account of Proceedings of TILLIE GREEN, as Administratrix, etc., of LOUISA STEUERWALT, Also Known as LOUISA STEUERWALD, Deceased. In the Matter of Compulsory Accounting of LOUISA STEUERWALT, etc.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

MADISON INDUSTRIAL CORPORATION v. EMIL HEIMAN.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Martin, O'Malley and Sherman, JJ.

SAM L. HOUSTON, as Administrator, etc., of HENRY M. HOUSTON, Deceased, v. TEACHERS INSURANCE AND ANNUITY ASSOCIATION OF AMERICA.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Martin, O'Malley and Sherman, JJ.

NELLIE BENZINGER, as Administratrix, etc., of JOSEPH BENZINGER, Deceased, v. NESTOR DEVELOPMENT HOLDINGS, INC.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

MAX ROSENZWEIG v. HERMAN SCHMITT, Impleaded, etc.— Motion granted. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

BACHMANN, EMMERICH & Co. v. PARK LANE DRESSES, INC.— Motion granted. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

EUGENIE BARTSCH v. GEORGE COOPER, Impleaded, etc.— Motion granted and the time of appellant within which to serve the proposed case on appeal extended to and including February 13, 1931. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

GENE MCCANN v. W. IRVING THROCKMORTON and Others, Impleaded, etc.— Motion granted and defendant appellants' time extended as stated in order. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

GENE MCCANN v. W. IRVING THROCKMORTON and Others, Impleaded, etc.— Motion granted. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

RUFUS M. OVERLANDER v. THE WESTERN UNION TELEGRAPH COMPANY.— Motion granted. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

PHILIP GOLDSTON and Another v. PARK LANE DRESSES, INC., Impleaded, etc.— Motion granted. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

SEARS & RICHARDS, INC., v. ATLANTIC GULF AND PACIFIC STEAMSHIP COMPANY.— Motion granted. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

ARMAND SCHMOLL, INC., v. COMMONWEALTH AND DOMINION LINE.— Motion granted. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.